ACCEPTED
13-14-00510-CV
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
2/6/2015 1:34:21 PM
DORIAN RAMIREZ
CLERK

**No. 13-14-00510-CV**

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
2/6/2015 1:34:21 PM
DORIAN E. RAMIREZ
Clerk

# In the Court of Appeals
# for the
# Thirteenth Judicial District

DONALD HENDRICKSON,
Appellant,

VS.

ACTION REALTY,
Appellee.

## CERTIFICATE OF COMPLIANCE FOR APPELLEE'S BRIEF

STEPHANIE WELCH
Texas State Bar No. 24056510
P.O. Box 1874
El Paso, Texas 79950
Phone  No. (956) 607-3709
xsmilwel@yahoo.com
ATTORNEY FOR APPELLEE

**CERTIFICATE OF COMPLIANCE WITH TRAP 9.4(i)**

I, Stephanie Welch, hereby certify that according to the computer program

used to prepare Appellee's brief, the brief contains 3372 words.

__/s/ Stephanie Welch_____
STEPHANIE WELCH

CERTIFICATE OF SERVICE

I, Stephanie Welch, hereby certify that a true and correct copy of the

foregoing document was served on the following by e-service and by mail on the

6th day of February, 2015:

Harold K. Tummel
Tummel & Casso
4430 S. McColl Rd.
Edinburg, TX 78539
Attorney for Appellant Donald Hendrickson

__/s/ Stephanie Welch_____
STEPHANIE WELCH
Texas State Bar No. 24056510
P.O. Box 1874
El Paso, Texas 79950
Phone No. (956) 607-3709
xsmilwel@yahoo.com
ATTORNEY FOR APPELLEE